UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

SIDNEY DURELL HILL #724440,

    Plaintiff,

v.

PATTI HUBBLE, et al.,

    Defendants.

_____/

Case No. 2:23cv76

HONORABLE PAUL L. MALONEY

## ORDER ADOPTING REPORT AND RECOMMENDATION

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. Defendants Chamberlin, Patti Hubble, Jason Hubble, and Loman filed a motion for summary judgment. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on November 25, 2024, recommending that this Court grant the motion. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 28) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment (ECF No. 21) is GRANTED.

**IT IS FURTHER ORDERED** that Plaintiff's claims 1-3 are DISMISSED. Defendants Patti Hubble and Chamberlain are DISMISSED from this lawsuit. Plaintiff's claims against Defendants Jason Hubble and Loman (retaliation claims 4 and 5) remain pending.

Dated: January 2, 2025                               /s/ Paul L. Maloney
                                                              Paul L. Maloney
                                                              United States District Judge